UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:  9:19-cv-81665-KAM

HOWARD COHAN,

    Plaintiff,

vs.

CONSOLIDATED BURGER B, LLC,
d/b/a BURGER KING

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, CONSOLIDATED BURGER B, LLC, d/b/a BURGER KING, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED April 6, 2020.

| By: /s/ Gregory S. Sconzo | By: /s/ Daniel E. Harrell |
|---|---|
| Gregory S. Sconzo, Esq. | **DANIEL E. HARRELL** |
| Florida Bar No.: 0105553 | Florida Bar Number: 105222 |
| Sconzo Law Office, P.A. | dharrell@clarkpartington.com |
| 3825 PGA Boulevard, Suite 207 | **MATTHEW M. COUCH** |
| Palm Beach Gardens, FL 33410 | Florida Bar Number: 0098916 |
| Telephone: (561) 729-0940 | mcouch@clarkpartington.com |
| Facsimile: (561) 491-9459 | **CLARK PARTINGTON** |
| Service Email: sconzolaw@gmail.com | P.O. Box 13010 |
| Email: greg@sconzolawoffice.com | Pensacola, FL 32591-3010 |
| Attorney for Plaintiff | Phone: (850) 434-9200 |
| | Fax: (850) 432-7340 |
| | Attorney for Defendant |

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 6, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

      /s/ Gregory S. Sconzo
**Gregory S. Sconzo, Esq.**