UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

HOWARD COHAN,

    Plaintiff,

vs.
                                    CASE NO.: 9:19-cv-81665-KAM

CONSOLIDATED BURGER B, LLC
d/b/a BURGER KING

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, CONSOLIDATED BURGER B, LLC, d/b/a BURGER KING, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against CONSOLIDATED BURGER B, LLC, d/b/a BURGER KING; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement; and (4) the Parties condition the stipulation upon this Court entering an order retaining jurisdiction to enforce the terms of the Parties' Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

RESPECTFULLY SUBMITTED May 6, 2020.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Daniel E. Harrell** |
| Gregory S. Sconzo, Esq. | **DANIEL E. HARRELL** |
| Florida Bar No.: 0105553 | Florida Bar Number: 105222 |
| Sconzo Law Office, P.A. | dharrell@clarkpartington.com |
| 3825 PGA Boulevard, Suite 207 | **MATTHEW M. COUCH** |
| Palm Beach Gardens, FL 33410 | Florida Bar Number: 0098916 |
| Telephone: (561) 729-0940 | mcouch@clarkpartington.com |
| Facsimile: (561) 491-9459 | **CLARK PARTINGTON** |
| Service Email: sconzolaw@gmail.com | P.O. Box 13010 |
| Email: greg@sconzolawoffice.com | Pensacola, FL 32591-3010 |
| Attorney for Plaintiff | Phone: (850) 434-9200 |
| | Fax: (850) 432-7340 |
| | Attorney for Defendant |

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 6, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    /s/ Gregory S. Sconzo
**Gregory S. Sconzo, Esq.**