UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:19-cv-81665-KAM

HOWARD COHAN,

     Plaintiff,

vs.

CONSOLIDATED BURGER B, LLC
d/b/a BURGER KING

     Defendant(s).

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [DE 13].  This type of dismissal is self-executing.  Upon the filing of such a dismissal, the Court is divested of jurisdiction.  *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that all claims in this cause are dismissed with prejudice.   Each party is to bear its own attorneys' fees and costs. The Clerk shall **CLOSE** the case.  All **PENDING MOTIONS** are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 6th day of May, 2020.

_____
KENNETH A. MARRA
United States District Judge